AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>07/21/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___DM___ DEPUTY | # UNITED STATES DISTRICT COURT<br>for the<br>Central District of California | FILED<br>CLERK, U.S. DISTRICT COURT<br>7/21/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___MM___ DEPUTY |

United States of America

v.

Kevin Sims,

Defendant(s)

Case No. 2:21-mj-03410

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 6, 2021 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of Ammunition by a Felon |

This criminal complaint is based on these facts:

  Please see attached affidavit.

☒ Continued on the attached sheet.

/s/ Timothy Jang
Complainant's signature

Timothy Jang, ATF Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 21, 2021

*Patricia Donahue*
Judge's signature

City and state:  Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
Printed name and title

AUSA:  Alexander Robbins – 213-894-2400

**AFFIDAVIT**

I, Timothy Jang, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for KEVIN SIMS ("SIMS") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Deputized Task Force Officer, ("TFO"), with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), currently assigned to Los Angeles Field Division Group II / Los Angeles Police Department, (LAPD), Metropolitan Division Task Force. I have been an officer with the LAPD for approximately 14 years. My mission within this Task Force includes reducing gang-related and violent crime, assisting in the investigation, locating, and

1

apprehending persons who have committed crimes within the City of Los Angeles, and developing and using proactive methods to monitor and prevent criminal activity within our communities. Additionally, I work in conjunction with several specialized units, including Gang and Narcotics, LAPD Divisional Detectives, Operations-South Bureau Criminal Gang Homicide Division, California Department of Corrections, Los Angeles County Probation, Los Angeles Sheriff's Department, and Homeland Security Investigations. Before my current assignment, I was assigned to the Southwest Division Federal Bureau Investigation Task Force and Southwest Gang Enforcement Detail. I have attended and completed several formal and informal training courses, such as basic law enforcement training while attending the Los Angeles Police Academy, narcotics courses, firearms courses, gang seminars, and undercover operations. During my time as a law-enforcement officer, I have conducted surveillance at known narcotic, gang, and illegal firearm sales locations, and I have observed the actions and methods used by criminals selling and buying contraband. I have also conducted or participated in hundreds of firearm-related investigations.

### III. SUMMARY OF PROBABLE CAUSE

4. On or about June 6, 2021, patrol officers of the Los Angeles Police Department ("LAPD") detained SIMS after he walked into a 7-11 convenience store with a loaded short-barreled rifle and placed the gun on the counter. The rifle was a 5.56mm-caliber "ghost gun" bearing no serial number; it held a live

round in the chamber and had inserted into it a 30-round magazine containing two live rounds.

5. At the time the officers found the gun and ammunition in SIMS's possession, SIMS had previously been convicted of multiple felony crimes, each punishable by a term of imprisonment exceeding one year, including drug trafficking and assault with a deadly weapon.

6. An ATF interstate-nexus expert determined that the ammunition seized from SIMS was manufactured outside of California or outside of the United States and therefore traveled in foreign and interstate commerce to be found in California.

## IV. STATEMENT OF PROBABLE CAUSE

### A. SIMS's Possession of a Firearm on June 6, 2021

7. Based on my review of law enforcement reports, body-worn video, surveillance video, and photographs, and on conversations with other law enforcement agents, I am aware of the following regarding SIMS's possession of a rifle and ammunition on June 6, 2021, in Los Angeles County:

8. On or about June 6, 2021, at approximately 7:55 p.m., uniformed LAPD officers responded to a radio call of Assault with a Deadly Weapon at the intersection of 54th Street and Broadway Avenue in Los Angeles, California. The call stated: "Suspect male, Black, wearing bright green shirt walking towards Figueroa, fired two shots." An LAPD helicopter also arrived near the intersection of 54th Street and Broadway Avenue. One of the officers in the helicopter saw a man matching the radio-

call description, holding a rifle, walk into a 7-11 convenience store located in a strip mall at the intersection.

9. Numerous LAPD units arrived outside the 7-11. Meanwhile, inside the store, as shown on surveillance video, the man with the rifle purchased an energy drink and placed his rifle on the counter by the cash register. The police outside then ordered the man to come out of the store. He did, leaving his rifle (and his wallet with his driver's license in it) on the counter in the 7-11. The man was arrested. He was subsequently identified as SIMS based on his driver's license.

10. After SIMS was in custody, LAPD officers recovered the rifle from the counter of the store. The rifle had a short (10-inch) barrel and was a "ghost gun" bearing no serial number. Examination of the rifle determined that it was a 5.56mm-caliber semiautomatic rifle with a pistol grip, a flash suppressor, and a folding stock, and it had attached to it a scope and 30-round magazine. Set herein is a picture of the rifle taken by law enforcement after it was seized, with the magazine removed:



4

11. The rifle contained a live .223-inch round in its chamber (compatible with a 5.56mm-caliber rifle), and the magazine inserted inside the rifle contained two .223 rounds of ammunition.

12. LAPD officers spoke with two employees of the 7-11, both of whom saw SIMS walk in holding the rifle. The officers also obtained surveillance video from the 7-11, which clearly shows SIMS holding the rifle before putting it down on the counter. Below are two screenshots from the 7-11 surveillance video:

 

13. After SIMS was arrested, LAPD officers found a spent .223 shell casing near the parking lot where the 7-11 was located.

B. **SIMS' prior felony convictions**

14. I have reviewed criminal-history records for SIMS and a criminal-history report from a law-enforcement database. From these documents, I learned that, at the time SIMS possessed the ghost gun and ammunition, he had previously been convicted of

the following felony crimes punishable by a term of imprisonment exceeding one year:

    a. Possession of Cocaine Base for Sale, in violation of California Health and Safety Code Section 11351.5, in the Superior Court of the State of California, County of Los Angeles, in case number BA348083, on or about October 30, 2008.

    b. Assault with a Deadly Weapon -- Not Firearm, in violation of California Penal Code Section 245(a)(1), in the Superior Court of the State of California, County of Los Angeles, in case number BA368460, on or about April 22, 2010.

    c. Transportation of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11352(a), in the Superior Court of California, County of Los Angeles, in case number BA398608, on or about June 18, 2012.

**C.**     **Interstate Nexus**

15. Based on my discussions with him, I know that on July 20, 2021, ATF interstate-nexus expert David Gonzalez obtained a description and reviewed photographs of the ammunition recovered from the rifle that SIMS possessed in the 7-11 store on June 6, 2021. Based on that expert's training and experience, he determined that the two rounds of ammunition found inside the magazine attached to the rifle were manufactured by Denel Pretoria Metal (DNL), in the Republic of South Africa, outside of the United States, and that the round of ammunition found in the chamber of the rifle was manufactured by Lake City Ammunition, in Missouri, outside of California. Therefore, in order for each item of ammunition to have been found in the

state of California, as it was on June 6, 2021, the ammunition must have traveled in and affected foreign or interstate commerce.

## V. CONCLUSION

16. For the reasons described above, there is probable cause to believe that KEVIN SIMS has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  21st day of
  July   , 2021.

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE